# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

Before the Honorable Robert P. Myers, Jr.

Initial Appearance Rule 5

| | | | |
|---|---|---|---|
| Case Number: | **1:25-mj-00696-RPM** | UNITED STATES vs. **Wade** | |
| Hearing Date: | 11/14/2025 | Time In and Out: | 11:06 AM to 11:20 AM |
| Clerk: | SR | Courtroom: | 881 |
| Defendant: | **Antonio Artez Wade** | Defendant's Counsel: | Samuel Newman |
| AUSA: | Jonathan Buckner | Pretrial/Probation: | Matthew Sones |
| Interpreter: | N/A | DUSM(s): | Justin Patrick/Kathleen Patrick |
| CSO: | Stanley Vance | | |

| PROCEEDINGS | |
|---|---|
| ☒ | Defendant sworn |
| ☒ | First Appearance by Defendant |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant signed a Waiver of Rule 5 Hearing. Defendant requests those hearings in the charging district. |

| Custody Status | |
|---|---|
| ☒ | Remanded to the custody of the U.S. Marshals Service for transport to the charging district. |

| Other | |
|---|---|
| ☒ | Commitment to Another District entered. |